## UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PIERLUIGI E. BIGAZZI, | CIVIL ACTION NO |
| Plaintiff | 3:03CV947RNC |
| V. | |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER, PETER J. DECKERS, M.D. In His Official Capacity and T.V. RAJAN, M.D. In His Official Capacity | |
| Defendants | October 20, 2003 |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) the plaintiff hereby gives notice of dismissal of the above referenced action without prejudice and without costs to either party.

THE PLAINTIFF, PIERLUIGI BIGAZZI

Barbara E. Gardner CT07623
Attorney at Law
843 Main St., Ste. 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on this 20th day of October, 2003 to the following counsel of record:

William Kleinman, AAG
UCHC
263 Farmington Ave.
Farmington, CT 06030-3803

Barbara E. Gardner