# UNITED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PIERLUIGI E. BIGAZZI, | CIVIL ACTION NO |
| Plaintiff | 3:03CV947RNC |
| V. | |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER, PETER J. DECKERS, M.D. In His Official Capacity and T.V. RAJAN, M.D. In His Official Capacity | |
| Defendants | October 20, 2003 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) the plaintiff hereby gives notice of dism[issal of the] above referenced action without prejudice and without costs to either party.

THE PLAINTIFF, PIERLUIG[I]

Barbara E. Gardner CT0762
Attorney at Law
843 Main St., Ste. 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

Approved. So ordered.
Robert N. Chatigny, U.S.D.J.
October 30, 2003.